AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 13, 2023**

SEAN F. McAVOY, CLERK

VANDERVERT CONSTRUCTION, INC.,

*Plaintiff*

v.

ALLIED WORLD SPECIALTY INSURANCE COMPANY (F/K/A DARWIN NATIONAL ASSURANCE COMPANY), and WESTCHESTER FIRE INSURANCE COMPANY

*Defendant*

Civil Action No. 2:21-CV-00197-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Summary Judgment (ECF No. 50) is GRANTED IN PART. DECLARATORY JUDGMENT is entered in favor of Defendant Insurers and against Vandervert declaring as a matter of law that: Defendants Allied World Specialty Insurance Company and Westchester Fire Insurance Company have no duty under the terms of Policy Nos. 0309-7022 or I08877099 001 to pay for Vandervert Construction, Inc.'s losses sustained from rain during the construction of the Bellevue Hilton Garden Inn Hotel in Bellevue, Washington.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Mary K. Dimke  on a motion for Summary Judgment.

Date: 1/13/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams

*(By) Deputy Clerk*

Lee Reams