AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 20, 2023**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| VANDERVERT CONSTRUCTION, INC., | ) |
| *Plaintiff/Counter-Defendant* | ) |
| v. | ) Civil Action No.   2:21-CV-00197-MKD |
| ALLIED WORLD SPECIALTY INSURANCE COMPANY (F/K/A DARWIN NATIONAL ASSURANCE COMPANY), and WESTCHESTER | ) |
| *Defendant/Counter-Claimants* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendants' Motion for Summary Judgment, ECF No. 50, is GRANTED.
Judgment is entered in favor of Defendants'.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge _____ Mary K. Dimke _____ on a motion for summary judgment.

Date:  3/20/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz